✎Prob 12A
(Rev. 01/2020 - D/SC)

# United States District Court

for

### District of South Carolina

---

### Report on Offender Under Supervision

**Name of Offender:** Darryl Kinloch     **Case Number:** 2:24CR00697-001

**Name of Sentencing Judicial Officer:** The Honorable William T. Moore, Jr., U. S. District Judge
**Name of Current Judicial Officer:** The Honorable Bruce Howe Hendricks, U.S. District Judge

**Date of Original Sentence:** January 24, 2022
**Date of Revocation Sentence:** March 13, 2025

**Original Offense:** Possession of a Firearm by a Prohibited Person, in violation of 18 U.S.C. 922(g)(1) and 924(a)(2).

**Original Sentence:** The defendant was committed to the custody of the Bureau of Prisons for 40 month(s) followed by 36 month(s) supervised release. $100 special assessment fee. The following special conditions were imposed: 1) The defendant must participate in a substance abuse treatment program and follow the rules and regulations of that program. The defendant must pay the costs of treatment in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment. 2) The defendant must submit to substance abuse testing to determine if he has used a prohibited substance. The defendant must not attempt to obstruct or tamper with the testing methods. 3) The defendant must participate in a mental health treatment program and follow the rules and regulations of that program. The defendant must pay the costs of treatment in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.

**Revocation Sentence:** The defendant was revoked and sentenced to time served followed by 12 months of supervised release. The following special conditions were imposed: 1. The defendant must be monitored on curfew with GPS location monitoring technology for a period of 90 days, and you must follow the rules and regulations of the location monitoring program below. You are restricted to your residence every day from 9pm to 5am. Curfew can be adjusted by the United States Probation Officer if deemed appropriate. 2. The defendant must satisfactorily participate in and successfully complete a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity). 3. The defendant must take all mental health medications that are prescribed by your treating physician. 4. The defendant must submit to substance abuse testing to determine if you have used a prohibited substance. 5. The defendant must contribute to the cost of any substance abuse testing, treatment, location monitoring, and/or other program services if ordered as a condition of supervision not to exceed the amount determined reasonable by the Court-approved U.S. Probation Office's "Sliding Scale for Services," and you will cooperate in securing any applicable third-party payment, such as insurance or Medicaid.

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** March 13, 2025

Prob 12A
(Rev. 01/2020 - D/SC)

Page 2

**Previous Court Action/Notification(s):**   On March 13, 2025, the defendant appeared before Your Honor for a final revocation hearing where he admitted guilt to violations of new criminal conduct (giving a false name), failure to report law enforcement contact within 72 hours, and leaving the district without permission. He was sentenced to time served followed by 12 months supervised release.

---

**NONCOMPLIANCE SUMMARY**

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **New Criminal Conduct**: On April 20, 2025, Mr. Kinloch was arrested by the Beaufort County Sheriff's Office for Simple Possession of Marijuana (1 gram) and Driving on the Wrong Side of the Road. Mr. Kinloch was released on bond the following day. These charges remain pending in Beaufort County Magistrate Court. |
| 2. | **Failure to Refrain from Illegal Drug Use**: On April 21, 2025, Mr. Kinloch reported to the U.S Probation office and submitted a urine sample that tested positive for marijuana; however, the defendant was adamant that he did not use, so U.S. Probation Officer used a different test cup and sent to Alere Laboratories which came back positive cocaine. |
| 3. | **Failure to participate in Mental Health Counseling**: As of the date of this notice, Mr. Kinloch has failed to begin Mental Health Counseling. |

**U.S. Probation Officer Action:** It is respectfully recommended that the violations be held in abeyance until a disposition is rendered. The defendant has been advised that a subsequent revocation hearing may be scheduled as a result of the violation. The U.S Probation Officer will increase urinalysis testing and re-refer Mr. Kinloch to Mental Health Counseling.

Respectfully Submitted,

By:   _____
Joseph Dannon James
U.S. Probation Officer
Port Royal Office

Date:  May 13, 2025

Prob 12A
(Rev. 01/2020 - D/SC)

Page 3

Reviewed and Approved By:

Kelli M. Frye
Asst. Deputy Chief U.S. Probation Officer

[X]    Agree with Probation Officer's recommendation

[ ]    Submit a Request for Modifying the Condition or Term of Supervision

[ ]    Submit a Request for Warrant or Summons

[ ]    Other

Bruce Howe Hendricks
U. S. District Judge

May 13, 2025
Date